**STATE of Missouri, Respondent,**

v.

**Jimmy L. WILLIAMS, Appellant.**

**No. WD 62153.**

Missouri Court of Appeals,
Western District.

July 27, 2004.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 31, 2004.

Application for Transfer Denied
Sept. 28, 2004.

Nancy A. McKerrow, State Public Defender, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen, Jefferson City, MO, for Respondent.

Andrea Kaye Spillars, Asst. Attorney General, Jefferson City, MO, joins on the briefs, for Respondent.

Before RONALD R. HOLLIGER, P.J., ROBERT G. ULRICH, and JAMES M. SMART, JR., JJ.

**ORDER**

PER CURIAM.

Jimmy Williams appeals his convictions of first-degree murder and armed criminal action, for which he was sentenced to life imprisonment without the possibility of probation or parole and a consecutive term of life imprisonment. Williams contends that the court erred in admitting prejudicial evidence at trial and in failing to ensure that Williams agreed with his counsel's decision that he not testify. We affirm. Rule 30.25(b).